AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 AUG -5 PM 2: 13

CLERK-ALBUQUERQUE

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. 19-MR-908 |
| ZECHARIAH T. FREEMAN | ) |
| DOB 05/20/1976 | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

        An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ **New Mexico** _____
*(identify the person or describe the property to be searched and give its location)*:

    ZECHARIAH T. FREEMAN, DOB 05/20/1976

        I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    Cell Phone of ZECHARIAH T. FREEMAN, DOB 05/20/1976, telephone number 505-203-9422; text messages between FREEMAN & MORIAH SMITH, 505-261-2437. Text messages between FREEMAN & ZIA FACULJAK, 505-974-6019 and any messages containing information about 15-16 Jun 19 and any messages and call log from 18 Jun 19.

        **YOU ARE COMMANDED** to execute this warrant on or before *08-15-2019* _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

        Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

        The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
                                                            *(United States Magistrate Judge)*

        ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
        ☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: *08-01-2019 @ 1:25pm*            _____
                                                                    *Judge's signature*

City and state:  *Albuquerque, NM*            B. Paul Briones
                                                            *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19-MR-908 | Date and time warrant executed:<br>2 Aug 19 / 1105 | Copy of warrant and inventory left with:<br>Zechariah Freeman |
| Inventory made in the presence of :<br>SA Paul Thrasher | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached Inventory

Last Item

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2 Aug 19

_____
Executing officer's signature

SA Molly Bloom
_____
Printed name and title



# DEPARTMENT OF THE AIR FORCE
### AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS
**Detachment 814**
**Kirtland Air Force Base, New Mexico**

02 August 2019

MEMORANDUM FOR  RECORD

FROM:  Special Agent in Charge, AFOSI Det 814

SUBJECT:  Inventory of Property Seized


1. This memorandum is attached to the federal search warrant for case number 19-MR-908, ~~MR~~ 2 Aug 19 authorized by the Hon. Paul Briones on 01 Aug 19.  The warrant was executed on ~~7 Nov 18~~ at 2 Aug 19 0912 hrs local time.  This memorandum serves as a complete inventory of all property taken pursuant to the warrant.

2. The following items were seized:

    1.  (2) Buccal swabs containing FREEMAN's DNA

3. I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


<u>2 Aug 19</u>
(Date)

MOLLY K. BLOOM, SA, USAF
Special Agent, AFOSI Det 814

*EYES OF THE EAGLE*